United States District Court
Southern District of Texas
**ENTERED**
July 06, 2017
David J. Bradley, Clerk

STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RICARDO LOERA § | | CIVIL ACTION |
| on behalf of himself individually, § | | FILE NO: 4:17-cv- 00543 |
| and ALL OTHERS SIMILARLY § | | |
| SITUATED § | | |
| Plaintiffs, § | | |
| § | | |
| v. § | | JURY DEMANDED |
| § | | |
| BMC CONSTRUCTION § | | |
| SERVICES LLC. § | | |
| Defendant. § | | |

## ORDER OF DISMISMISSAL WITHOUT PREJUDICE

Came on to be considered the Notice of Dismissal filed in this cause by Ricardo Loera.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that all claims and causes of action brought by Plaintiff Ricardo Loera against BMC Construction Services, LLC., in this action are dismissed *without prejudice*. All attorney's fees, costs and expenses are taxed against the party incurred same.

All other relied not expressly granted in this order is denied.

SIGNED this _____ day of ___July___, 2017.

_____
THE HONORABLE VANESSA GILMORE
SOUTHERN DISTRICT OF TEXAS